IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES V. CALDER<br>8720 County Rd. #162<br>Mansfield, TX 76063-7025<br><br>LESLIE J. VAUGHN-SMITH<br>4952 Odell St.<br>St. Louis, MO 63139-1010<br><br>On behalf of themselves and on behalf of<br>all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>SBC PENSION BENEFIT PLAN<br>(a/k/a AT&T PENSION BENEFIT PLAN)<br>111 Soledad, Suite 150<br>San Antonio, Texas 78205-2212<br><br>AT&T INC.<br>111 Soledad, Suite 150<br>San Antonio, Texas 78205-2212<br><br>Defendants. | 06CV1083<br>JUDGE GOTTSCHALL<br>MAGISTRATE LEVIN<br><br><br>CLASS ACTION |

### **ORDER**

BE IT REMEMBERED that on the date of the entry of this Order came on for consideration the motion of Defendants for leave to file a twenty-three page Memorandum of Law. The Court, having considered the motion, is of the opinion that the motion should be granted. It is, therefore,

ORDERED that the motion is granted.

SIGNED this _____ day of _____, 2006.

_____
United States District Judge